Order filed January 4,
2013

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

 

                                                                   __________

 

                             Nos.
11-12-00369-CV & 11-13-00001-CV

                                                    __________

 

                             IN
THE INTEREST OF B.S., A CHILD



 

                                   On
Appeal from the 118th District Court

                                                          Howard
County, Texas

                                                      Trial
Court Cause No. 48049

 



 

                                                                     O
R D E R

            In
Cause No. 11-12-00369-CV, appellant filed a notice of appeal and docketing
statement in this court on December 31, 2012.  On January 3, 2013, this court
received and filed the docketing statement and attached documents sent by the
district clerk.  Upon filing the second docketing statement, this court
inadvertently gave it a new number, Cause No. 11-13-00001-CV.  We consolidate Cause
No. 11-13-00001-CV into Cause No. 11-12-00369-CV for all purposes.  All future
correspondence and filings should bear our docket number 11-12-00369-CV.  The
record is due for filing in this court on or before January 10, 2013.

 

                                                                                                PER
CURIAM

January 4, 2013

Panel consists of: Wright, C.J.,

McCall, J., and Willson, J.